

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
GOSSAMER WING LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L12000133475 |
| **FEI/EIN Number** | 46-4768631 |
| **Date Filed** | 10/19/2012 |
| **Effective Date** | 10/19/2012 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/25/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

18167 US Hwy 19N
Ste 100
Clearwater, FL 33764

Changed: 01/04/2019

**Mailing Address**

18167 US Hwy 19 N
#100
Clearwater, FL 33764

Changed: 01/04/2019

**Registered Agent Name & Address**

Segal and Schuh Law
18167 US Highway 19 N
Ste #100
Clearwater, FL 33764

Name Changed: 01/04/2019

Address Changed: 01/04/2019

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

Stopa, Mark
18167 US Hwy 19N
Ste #100
CLEARWATER, FL 33764

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2017 | 03/29/2017 |
| 2018 | 02/28/2018 |
| 2019 | 01/04/2019 |

**Document Images**

| | |
|---|---|
| 01/07/2019 -- CORLCDSMEM | View image in PDF format |
| 01/04/2019 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2016 -- ANNUAL REPORT | View image in PDF format |
| 06/24/2015 -- LC Amendment | View image in PDF format |
| 01/22/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2013 -- ANNUAL REPORT | View image in PDF format |
| 10/19/2012 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations