UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**GOSSAMER WING, LLC, AS TRUSTEE**,

    Plaintiff,

v.

**THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-2**,

    Defendant.
_____/

CASE NO.  9:21-cv-80319-AMC

(formerly Palm Beach County Case No. 2020-CA-011308)

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

In accordance with Local Rule 3.8 of the U.S. District Court for the Southern District of Florida, Defendant hereby discloses the following similar actions:

1. Pasco County Case No. 2008-CA-004054, which is the underlying foreclosure action that forms the basis for the instant Complaint.

2. Eighty-two nearly identical lawsuits, listed on **Exhibit 1**, that Plaintiff's counsel or his colleagues filed against Deutsche Bank National Trust Company and The Bank of New York Mellon, as trustees, containing the same claims and issues.

    QUARLES & BRADY LLP

    By: /s/ *Joseph T. Kohn*
        Benjamin B. Brown
        Florida Bar No. 13290
        Joseph T. Kohn
        Florida Bar No. 113869
        1395 Panther Lane, Suite 300
        Naples, FL  34109
        239/659-5026 Telephone
        239/213-5426 Facsimile
        benjamin.brown@quarles.com
        joseph.kohn@quarles.com

debra.topping@quarles.com  
kerlyne.luc@quarles.com  
DocketFL@quarles.com  
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed on March 2, 2021, using the CM/ECF e-filing system, and was served on Plaintiffs' counsel, Lee Segal, Esq., Segal & Schuh Law Group, P.L., 18167 U.S. Hwy 19 N. Suite 100, Clearwater, FL 33764, lee@segalschuh.com.

/s/ <em>Joseph T. Kohn</em>  
Joseph T. Kohn