UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GOSSAMER WING, LLC, as Trustee,

    Plaintiff,

v.

                              Case No. 9:21-cv-80319

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for
the Certificateholders of CWABS, Inc.,
Asset-Backed Certificates, Series 2007-2,

    Defendant.
_____/

## REQUEST FOR JUDICIAL NOTICE
## OF SANTUCCI AFFIDAVIT ADMITTING MERGER

Plaintiff, GOSSAMER WING, LLC, as Trustee, by and through its undersigned counsel, hereby asks that this Court take judicial notice of the filing of the attached Affidavit of Cheryl Santucci, filed on March 3, 2021 in *Wilson v. The Bank of New York*, Middle District of Florida Case No. 3-21-cv-00145-MMH-MCR.[1]

Plaintiff submits this request for two reasons:

(1)    In paragraph 12 of the Affidavit, Santucci admits "BONYM is the successor-in-interest of The Bank of New York ("BONY") after a series of mergers which took effect on July 1, 2008"

(2)    Despite filing an affidavit addressing the service issues, Santucci does not deny that CT is the Registered Agent for BONYM or that BONY and BONYM are the same entity.

---

[1] This affidavit was not filed in this action sooner because, as the date reflects, BONYM did not file it until March 3, 2021.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM-ECF to Joseph Kohn, Esquire on this 5th day of March, 2021.

*/s/ Lee Segal, Esquire*
Lee Segal, Esquire (FBN 37837)
**Segal & Schuh Law Group, P.L.**
18167 U.S. Highway 19 North, Suite 100
Clearwater, Florida 33764
Tel: (727) 824-5775 Fax: (877) 636-7408
lee@Segalschuh.com (Attorney)
marie@segalschuh.com (Florida Registered Paralegal)