UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80319-CIV-CANNON/Brannon

GOSSAMER WING, LLC
as Trustee,

     Plaintiff,

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for
The Certificate holders of CWABS, Inc., Asset-
Backed Certificates, Series 2007-2,

     Defendant.

_____/

## ORDER DENYING MOTION TO STAY

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Stay Adjudication of Service Issues Pending Deposition and Motion to Compel Deposition [ECF No. 35]. In light of the Court's Omnibus Order [ECF No. 33], all issues regarding service of process have been adjudicated. Additional testimony regarding the sufficiency of service is not required, and the Court already has denied Plaintiff's identical request to stay the proceedings and compel deposition [ECF No. 24]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Stay Adjudication of Service Issues Pending Deposition and Motion to Compel Deposition [ECF No. 35] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of March 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record