UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80319-CIV-CANNON/Brannon

**GOSSAMER WING, LLC**
**as Trustee**,

    Plaintiff,
v.

**THE BANK OF NEW YORK MELLON fka**
**THE BANK OF NEW YORK, as Trustee for**
**The Certificate holders of CWABS, Inc., Asset-**
**Backed Certificates, Series 2007-2**,

    Defendant.
_____/

## ORDER TRANSFERRING CASE

**THIS CAUSE** comes before the Court upon Defendant's Notice of Removal [ECF No. 1], in which Defendant requests that this case be transferred to the Middle District of Florida because it is "based entirely on the Foreclosure Action litigated in Pasco County, Florida, and the underlying mortgage at issue secures a Property located in Pasco County" [ECF No. 1 ¶ 20]. In the Court's Omnibus Order, Plaintiff was directed to show cause why this case should not be transferred to the Middle District of Florida [ECF No. 33]. Plaintiff then filed a response, stating that venue in the Southern District of Florida was proper because Robert Littman, the manager of Gossamer Wing, LLC, is a resident of Palm Beach County [ECF No. 37 ¶ 2]. However, Plaintiff also stated that it "does not object [to a transfer] if this Court believes this action is more appropriately adjudicated by the Middle District of Florida" [ECF No. 37 ¶ 4].

Upon due consideration of Defendant's Notice of Removal, Plaintiff's Response to the Order to Show Cause, the case file, and the relevant factors in *Atl. Marine Const. Co. v. U.S. Dist. Ct. for W. Dist. of Texas*, 571 U.S. 49, 62-63 (2013), the Court finds that venue for this

CASE NO. 21-80319-CIV-CANNON/Brannon

case is more appropriate in the Middle District of Florida and that transferring the case to that District would serve the convenience of the parties and witnesses and otherwise promote the interest of justice.

Accordingly, pursuant to 28 U.S.C. § 1404(a), it is **ORDERED** that this case is transferred to the United States District Court for the Middle District of Florida. The Clerk is directed to **CLOSE** this matter in this Court.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of March 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record